1020

No. 99–1180. ZINSMEYER TRUSTS PARTNERSHIP v. PAINEWEB-BER GROUP, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–1187. BARR, JUDGE, 337TH DISTRICT COURT OF HAR-RIS COUNTY, TEXAS v. TEXAS COMMISSION ON JUDICIAL CON-DUCT. Sup. Ct. Tex. Certiorari denied.

No. 99–1189. JOHNSON v. ANDERSON. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 99–1190. BACA, SHERIFF, COUNTY OF LOS ANGELES v. LEE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–1194. WARDEN v. CALIFORNIA STATE BAR ET AL. Sup. Ct. Cal. Certiorari denied.

No. 99–1195. VARFES v. NEWLAND, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1198. SPRINGER v. INFINITY GROUP CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–1199. READ v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 99–1204. RAUTENBERG v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1205. OWSLEY ET AL. v. SAN ANTONIO INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 99–1206. HAHN ET UX. v. STAR BANK ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–1207. OLIN CORP. v. CULLEN. C. A. 7th Cir. Certio-rari denied.

No. 99–1211. BOSS CAPITAL, INC. v. CITY OF CASSELBERRY. C. A. 11th Cir. Certiorari denied.

No. 99–1213. WILLIAMS ET AL. v. MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.